United States Courts
Southern District of Texas
FILED

*June 13, 2023*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CRIMINAL NO. L-23-CR-709** |
| § | |
| **ADEL ABRAHAM NETRO ZARAZUA** § | |
| **AKA: ADAL ABRAHAM NETRO ZARAZUA** § | **MGM** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

On or about **May 24, 2023**, in the Southern District of Texas and elsewhere and within the

jurisdiction of the Court, Defendant,

**ADEL ABRAHAM NETRO ZARAZUA**
**AKA: ADAL ABRAHAM NETRO ZARAZUA,**

did fraudulently and knowingly attempt to export and send from the United States to the United

Mexican States, any merchandise, articles, and objects, that is:

| Firearms | | | | | |
|---|---|---|---|---|---|
| Item | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Kel Tec | SUB-2000 | Rifle | .40 caliber | ET984A |
| 2. | Palmetto State Armory | PA-X9 | Rifle | 9-millimeter | GP002120 |
| 3. | Matrix Aerospace Corp. | M556-SC | Rifle | 5.56-millimeter | SC55604617 |
| 4. | Ruger | AR-556 | Rifle | 2.23caliber | 1851-01737 |
| 5. | Palmetto State Armory | PA-1 | Rifle | 5.56-millimeter | SCB963159 |
| 6. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 20105712 |
| 7. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 21174914 |

| 8. | Privately Manufactured Firearm (PMF) | AR-15 | Rifle | 5.56-millimeter | NO SERIAL NUMBER |
|---|---|---|---|---|---|
| 9. | HS Produkt (IN METAL) | XD40 | Pistol | .40 caliber | XD450603 |
| 10. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | HVV9295 |
| 11. | Stoeger | STR-9C | Pistol | 9-millimeter | T6429-22S00682 |
| 12. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | LEK4320 |
| 13. | Smith & Wesson | M&P 9 | Pistol | 9-millimeter | NBD1412 |
| 14. | Beretta USA Corp. | M9 | Pistol | 9-millimeter | M9-117617 |

| Ammunition | | | |
|---|---|---|---|
| Item | Rounds | Manufacturer | Caliber |
| 1. | ~7,600 | Winchester "WinGreen" ammunition | 5.56-millimeter |
| 2. | ~28,586 | Winchester "WinRed" ammunition | Assorted calibers |
| 3. | ~8,340 | Monarch "Black" ammunition | .223 caliber |
| 4. | ~100 | Ruger ammunition | 9-millimeter |
| 5. | ~21 | | .40 caliber |
| 6. | ~1 | | 7.62x39 millimeter |

| Magazines | | | |
|---|---|---|---|
| 1. | Smith & Wesson | 2 pistol magazines | .40 caliber |
| 2. | XD Gear | 1 pistol magazine | |
| 3. | | 1 pistol drum magazine | .40 caliber |
| 4. | | 3 magazines for AR-15 | 5.56 millimeter |
| 5. | | 1 extended pistol magazine | .40 caliber |
| 6. | | 2 extended pistol magazines for GLOCK | 9-millimeter |
| 7. | | 3 pistol magazines | 9-milimeter |

contrary to the laws and regulations of the United States, to wit: Title 50, United States Code, Section 4819(a)(2) and (b) and Title 15, Code of Federal Regulations Section 730, et. seq., and did receive, conceal, buy, sell, and in any manner facilitated the transportation, concealment, and

sale of said merchandise, articles, and objects, prior to exportation, knowing the same to be intended for exportation contrary to said laws and regulations of the United States.

In violation of Title 18, United States Code, Sections 554 and 2.

## COUNT TWO

On or about **May 24, 2023**, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

### ADEL ABRAHAM NETRO ZARAZUA
### AKA: ADAL ABRAHAM NETRO ZARAZUA,

did knowingly conspire and agree with persons known and unknown to the grand jurors to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, including, but not limited to, the following:

| Firearms | | | | | |
|---|---|---|---|---|---|
| Item | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Kel Tec | SUB-2000 | Rifle | .40 caliber | ET984A |
| 2. | Palmetto State Armory | PA-X9 | Rifle | 9-millimeter | GP002120 |
| 3. | Matrix Aerospace Corp. | M556-SC | Rifle | 5.56-millimeter | SC55604617 |
| 4. | Ruger | AR-556 | Rifle | 2.23caliber | 1851-01737 |
| 5. | Palmetto State Armory | PA-1 | Rifle | 5.56-millimeter | SCB963159 |
| 6. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 20105712 |
| 7. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 21174914 |
| 8. | Privately Manufactured Firearm (PMF) | AR-15 | Rifle | 5.56-millimeter | NO SERIAL NUMBER |
| 9. | HS Produkt (IN METAL) | XD40 | Pistol | .40 caliber | XD450603 |
| 10. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | HVV9295 |

| 11. | Stoeger | STR-9C | Pistol | 9-millimeter | T6429-22S00682 |
|-----|---------|--------|--------|--------------|----------------|
| 12. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | LEK4320 |
| 13. | Smith & Wesson | M&P 9 | Pistol | 9-millimeter | NBD1412 |
| 14. | Beretta USA Corp. | M9 | Pistol | 9-millimeter | M9-117617 |

to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)), in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## COUNT THREE

On or about **May 24, 2023**, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**ADEL ABRAHAM NETRO ZARAZUA**
**AKA: ADAL ABRAHAM NETRO ZARAZUA,**

did knowingly conspire and agree with persons known and unknown to the grand jurors to receive from another person one and more firearms, including, but not limited to, the following:

| Firearms | | | | | |
|----------|--------------|-------------|-------|--------------|------------------|
| Item | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Kel Tec | SUB-2000 | Rifle | .40 caliber | ET984A |
| 2. | Palmetto State Armory | PA-X9 | Rifle | 9-millimeter | GP002120 |
| 3. | Matrix Aerospace Corp. | M556-SC | Rifle | 5.56-millimeter | SC55604617 |
| 4. | Ruger | AR-556 | Rifle | 2.23caliber | 1851-01737 |
| 5. | Palmetto State Armory | PA-1 | Rifle | 5.56-millimeter | SCB963159 |
| 6. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 20105712 |

| 7. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 21174914 |
|---|---|---|---|---|---|
| 8. | Privately Manufactured Firearm (PMF) | AR-15 | Rifle | 5.56-millimeter | NO SERIAL NUMBER |
| 9. | HS Produkt (IN METAL) | XD40 | Pistol | .40 caliber | XD450603 |
| 10. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | HVV9295 |
| 11. | Stoeger | STR-9C | Pistol | 9-millimeter | T6429-22S00682 |
| 12. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | LEK4320 |
| 13. | Smith & Wesson | M&P 9 | Pistol | 9-millimeter | NBD1412 |
| 14. | Beretta USA Corp. | M9 | Pistol | 9-millimeter | M9-117617 |

in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that such receipt would constitute a felony (as defined in section 932(a)), in violation of Title 18, United States Code, Sections 933(a)(2), (a)(3), and (b).

## COUNT FOUR

On or about **May 24, 2023**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ADEL ABRAHAM NETRO ZARAZUA**
**AKA: ADAL ABRAHAM NETRO ZARAZUA,**

knowing that he was an alien admitted to the United States under a nonimmigrant visa, and having no lawful applicable exception, knowingly possessed, in and affecting interstate and foreign commerce, at least one of the following firearms:

| Firearms | | | | | |
|---|---|---|---|---|---|
| Item | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Kel Tec | SUB-2000 | Rifle | .40 caliber | ET984A |

| 2. | Palmetto State Armory | PA-X9 | Rifle | 9-millimeter | GP002120 |
|---|---|---|---|---|---|
| 3. | Matrix Aerospace Corp. | M556-SC | Rifle | 5.56-millimeter | SC55604617 |
| 4. | Ruger | AR-556 | Rifle | 2.23caliber | 1851-01737 |
| 5. | Palmetto State Armory | PA-1 | Rifle | 5.56-millimeter | SCB963159 |
| 6. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 20105712 |
| 7. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 21174914 |
| 8. | HS Produkt (IN METAL) | XD40 | Pistol | .40 caliber | XD450603 |
| 9. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | HVV9295 |
| 10. | Stoeger | STR-9C | Pistol | 9-millimeter | T6429-22S00682 |
| 11. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | LEK4320 |
| 12. | Smith & Wesson | M&P 9 | Pistol | 9-millimeter | NBD1412 |
| 13. | Beretta USA Corp. | M9 | Pistol | 9-millimeter | M9-117617 |

In violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(8).

**NOTICE OF HOLDINGS SUBJECT TO FORFEITURE**
**18 U.S.C. § 554**
**(Count One)**

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 the United States gives notice to

Defendant,

**ADEL ABRAHAM NETRO ZARAZUA**
**AKA: ADAL ABRAHAM NETRO ZARAZUA,**

that upon conviction of a violation of 18 U.S.C. 554, as charged in this Indictment, all merchandise

exported or sent from the United States or attempted to be exported or sent from the United States

contrary to law, or the proceeds or value thereof, and property used to facilitate the exporting or sending of such merchandise, the attempted exporting or sending of such merchandise, or the receipt, purchase, transportation, concealment, or sale of such merchandise prior to exportation shall be forfeited to the United States and includes, but is not limited to:

| Firearms | | | | |
|---|---|---|---|---|
| Item | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Kel Tec | SUB-2000 | Rifle | .40 caliber | ET984A |
| 2. | Palmetto State Armory | PA-X9 | Rifle | 9-millimeter | GP002120 |
| 3. | Matrix Aerospace Corp. | M556-SC | Rifle | 5.56-millimeter | SC55604617 |
| 4. | Ruger | AR-556 | Rifle | 2.23caliber | 1851-01737 |
| 5. | Palmetto State Armory | PA-1 | Rifle | 5.56-millimeter | SCB963159 |
| 6. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 20105712 |
| 7. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 21174914 |
| 8. | Privately Manufactured Firearm (PMF) | AR-15 | Rifle | 5.56-millimeter | NO SERIAL NUMBER |
| 9. | HS Produkt (IN METAL) | XD40 | Pistol | .40 caliber | XD450603 |
| 10. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | HVV9295 |
| 11. | Stoeger | STR-9C | Pistol | 9-millimeter | T6429-22S00682 |
| 12. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | LEK4320 |
| 13. | Smith & Wesson | M&P 9 | Pistol | 9-millimeter | NBD1412 |
| 14. | Beretta USA Corp. | M9 | Pistol | 9-millimeter | M9-117617 |

| Ammunition | | | |
|---|---|---|---|
| Item | Rounds | Manufacturer | Caliber |
| 1. | ~7,600 | Winchester "WinGreen" ammunition | 5.56-millimeter |
| 2. | ~28,586 | Winchester "WinRed" ammunition | Assorted calibers |

| 3. | ~8,340 | Monarch "Black" ammunition | .223 caliber |
| 4. | ~100 | Ruger ammunition | 9-millimeter |
| 5. | ~21 | | .40 caliber |
| 6. | ~1 | | 7.62x39 millimeter |

| Magazines | | | |
|---|---|---|---|
| 1. | Smith & Wesson | 2 pistol magazines | .40 caliber |
| 2. | XD Gear | 1 pistol magazine | |
| 3. | | 1 pistol drum magazine | .40 caliber |
| 4. | | 3 magazines for AR-15 | 5.56 millimeter |
| 5. | | 1 extended pistol magazine | .40 caliber |
| 6. | | 2 extended pistol magazines for GLOCK | 9-millimeter |
| 7. | | 3 pistol magazines | 9-milimeter |

## NOTICE OF HOLDINGS SUBJECT TO FORFEITURE
### 18 U.S.C. §§ 933, 922(d), and 922(g)
### (Counts Two, Three and Four)

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 the United States gives notice to

Defendant,

### ADEL ABRAHAM NETRO ZARAZUA
### AKA: ADAL ABRAHAM NETRO ZARAZUA,

that upon conviction of a violation of 18 U.S.C. 933 or 922(g) as charged in this Indictment, all

firearms involved in said violation are subject to forfeiture, including but not limited to the

following:

| Firearms | | | | | |
|---|---|---|---|---|---|
| Item | Manufacturer | Model | Type | Caliber | Serial Number |
| 1. | Kel Tec | SUB-2000 | Rifle | .40 caliber | ET984A |
| 2. | Palmetto State Armory | PA-X9 | Rifle | 9-millimeter | GP002120 |
| 3. | Matrix Aerospace Corp. | M556-SC | Rifle | 5.56-millimeter | SC55604617 |
| 4. | Ruger | AR-556 | Rifle | 2.23caliber | 1851-01737 |

| 5. | Palmetto State Armory | PA-1 | Rifle | 5.56-millimeter | SCB963159 |
|---|---|---|---|---|---|
| 6. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 20105712 |
| 7. | Anderson Manufacturing | AM-15 | Rifle | 5.56-millimeter | 21174914 |
| 8. | Privately Manufactured Firearm (PMF) | AR-15 | Rifle | 5.56-millimeter | NO SERIAL NUMBER |
| 9. | HS Produkt (IN METAL) | XD40 | Pistol | .40 caliber | XD450603 |
| 10. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | HVV9295 |
| 11. | Stoeger | STR-9C | Pistol | 9-millimeter | T6429-22S00682 |
| 12. | Smith & Wesson | M&P 40 Shield | Pistol | .40 caliber | LEK4320 |
| 13. | Smith & Wesson | M&P 9 | Pistol | 9-millimeter | NBD1412 |
| 14. | Beretta USA Corp. | M9 | Pistol | 9-millimeter | M9-117617 |

| Ammunition | | | |
|---|---|---|---|
| Item | Rounds | Manufacturer | Caliber |
| 1. | ~7,600 | Winchester "WinGreen" ammunition | 5.56-millimeter |
| 2. | ~28,586 | Winchester "WinRed" ammunition | Assorted calibers |
| 3. | ~8,340 | Monarch "Black" ammunition | .223 caliber |
| 4. | ~100 | Ruger ammunition | 9-millimeter |
| 5. | ~21 | | .40 caliber |
| 6. | ~1 | | 7.62x39 millimeter |

| Magazines | | | |
|---|---|---|---|
| 1. | Smith & Wesson | 2 pistol magazines | .40 caliber |
| 2. | XD Gear | 1 pistol magazine | |
| 3. | | 1 pistol drum magazine | .40 caliber |
| 4. | | 3 magazines for AR-15 | 5.56 millimeter |
| 5. | | 1 extended pistol magazine | .40 caliber |
| 6. | | 2 extended pistol magazines for GLOCK | 9-millimeter |
| 7. | | 3 pistol magazines | 9-milimeter |

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

Christine A. Cortez
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL  DOCKET      L-23-CR-709

__LAREDO__    DIVISION                                                   NO._____

FILE: 23-03474                MAG#:  23-01039
__INDICTMENT__               Filed:__June 13, 2023__              Judge:_____

# MGM

                                                        ATTORNEYS:

UNITED STATES OF AMERICA

                                                        __ALAMDAR S. HAMDANI, USA__
   VS.                                                  __CHRISTINE A. CORTEZ, AUSA__

**ADEL ABRAHAM NETRO ZARAZUA**
**AKA: ADAL ABRAHAM NETRO ZARAZUA**

## CHARGES:

Ct. 1:          Smuggling Goods from the United States
                [18 USC 554 & 2]
Ct. 2:          Trafficking of firearms
                [18 USC § 933(a)(1)]
Ct. 3:          Trafficking of firearms
                [18 USC § 933(a)(2)]
Ct. 4:          Possession of a Firearm to an Alien admitted to the United States under
                nonimmigrant visa
                [18 USC 922(g)(5)(B), 924(a)(8)]

Notice of Forfeiture

## TOTAL COUNTS: 4

## PENALTY:

Ct. 1:              0 to 10 years and/or $250,000 Fine, $100 special assessment,
                    Not more than three-year term of supervised release

Cts. 2 - 4:         0 to 15 years and/or $250,000 Fine, $100 special assessment,
                    Not more than a three three-year term of supervised release